IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**RICKY L. SCOTT**                                                                  **PLAINTIFF**
**ADC #112513**

v.                           Case No. 4:20-cv-00796-KGB-JJV

**CHARLOTTE L. JONES,**
**Work Hobby Crafts Supervisor,**
**Varner Unit,** *et al*.                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 4). In his Proposed Findings and Recommendations, Judge Volpe explains that plaintiff Ricky L. Scott is not allowed to proceed *in forma pauperis* because he is a three-striker as defined in 28 U.S.C. § 1915(g) (*Id*., at 2). Judge Volpe recommends that this Court dismiss Mr. Scott's complaint based on his failure to pay the statutory filing fee within 21 days as ordered by the court (*Id*. at 2). Mr. Scott filed objections to the Proposed Findings and Recommendations in order to "ask this Court to dismiss Plaintiff's Civil Complaint WITHOUT Prejudice so plaintiff can refile this case at a later date" when he can pay the filing fee.

Upon a *de novo* review of the record, including the Proposed Findings and Recommendations and Mr. Scott's objections, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses this case without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith.

It is so ordered this 27th day of January, 2021.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge